AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
10/08/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
10/08/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

United States of America

v.

SAMUEL BROWN III,
    Defendant.

Case No. 8:21-mj-00669-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of October 4, 2021 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | bank robbery |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

☒ Continued on the attached sheet.

                                                                          /s/ Tyler Call
                                                                *Complainant's signature*

                                                  Special Agent FBI, Tyler Call
                                                      *Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    October 8, 2021                         /s/ Autumn D. Spaeth
                                                              *Judge's signature*

City and state:   Santa Ana, California          Hon. Autumn D. Spaeth, U.S. Magistrate
                                                                  *Printed name and title*
                                                                            Judge

AUSA M. Rabbani
(714) 338-4999

**AFFIDAVIT**

I, Tyler Call, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since September 2009. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I received basic law enforcement training at the FBI Academy in Quantico, Virginia from September 2009 through January 2010. This training included segments on conducting criminal investigations, narcotics identification, gangs, and other law enforcement topics. I am currently assigned to a violent crime and major offender squad in Orange County, California, where I have worked since October 2017. I am assigned to work bank robbery, fugitive, gang and violent crime investigations. Prior to my current assignment I was the lead case agent for the Orange County Violent Gang Task Force, a multi-agency gang task force tasked with investigating gangs and violent organized crime in Orange County, CA. Prior to working in Orange County, I was assigned to a Hispanic gang squad in Los Angeles, California, where I worked from January 2010 until October 2017. During that time, I was assigned full-time to a multi-agency gang task force investigating the Mara Salvatrucha

("MS-13") street gang and the Mexican Mafia operating in the Los Angeles area.  From October 2013 until October 2017, I was the lead case agent and coordinator for this multi-agency MS-13 gang task force.

3.   Prior to working for the FBI, I was an intelligence officer for the United States government from approximately March 2006 to September 2009.  During that time, I was assigned to work counternarcotics and counterterrorism analysis and operations.  Prior to my work as an intelligence officer, I was a graduate fellow for the Drug Enforcement Administration ("DEA") for approximately eight months.  As a graduate fellow, I was assigned to assist on narcotics investigations.

4.   As of October 1, 2021, I am the coordinator for bank robberies that take place in Orange County, California.  Over the last few months, I have responded to several bank robberies and have been involved in the investigation thereof.

## II. PURPOSE OF AFFIDAVIT

5.   This affidavit is made in support of a criminal complaint against, and arrest warrant for, SAMUEL BROWN III, for two violations of 18 U.S.C. § 2113(a) (bank robbery).

6.   The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically

indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

A.  BANK ROBBERY ONE – October 4, 2021

7.  According to local police officers and their documented interviews of the victims, during the afternoon of October 4, 2021, a black male wearing a white suit, making no attempt to disguise his identity, entered the Chase Bank located at 17870 Newhope Street, Fountain Valley, California 92708, and passed a note demanding $100,000 in cash "in the name of Jesus Christ".

8.  The teller complied and passed the individual a large amount of currency, later determined by bank personnel to be approximately $13,828.60.  The subject departed the bank with the cash and entered a grey Infiniti sedan parked nearby bearing Pennsylvania license plate LJJ-4220.  Records checks on this vehicle surfaced a routine traffic stop conducted by the Fountain Valley Police Department (FVPD) on August 25, 2021.  During the traffic stop the driver of the vehicle was identified as SAMUEL BROWN III.

9.  A FVPD officer showed victim teller V.M. a photo of BROWN.  Victim teller V.M. identified BROWN as the black male who had robbed the bank.  Victim teller V.M. further indicated he had felt scared during the incident and complied with the BROWN's demands because he was worried about his safety.  Victim teller V.M further indicated he tried to give the money to BROWN as fast as possible because he did not want to be in a hostage

situation if the police arrived.

    **B.     BANK ROBBERY TWO – October 5, 2021**

    10.  According to local police officers and their documented interviews of the victims, during the afternoon of October 5, 2021, BROWN returned to the Chase Bank located at 17870 Newhope Street, Fountain Valley, California 92708.  BROWN entered the bank yelling about the "Lord," approached victim teller N.H. and bank manager I.V. and aggressively indicated he had not received enough money the day before and handed them a bag demanding more money.  Victim teller N.H. recognized BROWN by demands as the individual who had robbed the bank the day before.  Bank employee A.O. was seated across the lobby from the teller windows and recognized BROWN as the same individual who had robbed the bank the day prior.

    11.  After calling 911, Bank employee A.O. walked to meet with bank manager I.V. in the vault of the bank while BROWN was waiting at the teller windows.  Bank employee A.O. and bank manager I.V. filled a clear bag with smaller denomination bills.  Bank employee A.O. then walked to the teller windows and handed the bag to BROWN.  BROWN inspected the bag and said, "No, I don't want this.  I want hundreds in God's name."  Bank employee A.O. then returned to the bank vault, where he and bank manager I.V. then placed $100 bills in a second clear bag.  Bank employee A.O. then returned to the teller windows and handed the clear bag with $100s to BROWN.  BROWN said "God bless you" and then walked out of the bank, where he was apprehended by waiting FVPD officers.

**C.     FEDERALLY INSURED FINANCIAL INSTITUTION**

12.  The affiant responded to scene after both incidents described above.  I examined the Federal Deposit Insurance Corporation certificate provided to me by bank manager I.V., which certified Chase Bank as a federally insured financial institution.

## IV. CONCLUSION

13.  For all the reasons described above, your affiant submits there is probable cause to believe BROWN did unlawfully enter and commit a felony on two occasions at the Chase Bank located at 17870 Newhope Street, Fountain Valley, California 92708, once each on October 4, 2021 and October 5, respectively, in violation of 18 U.S.C. § 2113(a) (bank robbery).

```
                              _____/s/_____
                              TYLER CALL
                              Special Agent, Federal Bureau
                              of Investigation
```

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 8th day of
October, 2021.


   /s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE